**Motion Granted and Order filed August 28, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00306-CR
NO. 14-14-00307-CR
NO. 14-14-00308-CR
NO. 14-14-00309-CR
NO. 14-14-00310-CR

_____

**ERIC L. BAUMGART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 6
Harris County, Texas
Trial Court Cause Nos. 1909495, 1909496, 1909497, 1909498, and 1909498**

---

## ORDER

On August 15, 2014, appellant filed a motion to consolidate these related appeals. A clerk's record and reporter's record have been filed in each case. Currently, appellant's brief is due in each case on September 15, 2014. The motion is GRANTED and we issue the following order:

We order the appeals pending under our appellate case numbers 14-14-00306-CR, 14-14-00307-CR, 14-14-00308-CR, 14-14-00309-CR, and 14-14-00310-CR CONSOLIDATED. The existing filing deadlines in case number 14-14-00306-CR will apply to all cases.


PER CURIAM.